IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MISTER SOFTEE, INC.** and **MISTER SOFTEE QUEENS, INC.**       Plaintiffs, v. **DIMITRIOS KONSTANTAKAKOS** and **3 DDD ICE INC.**       Defendants. | : : : : : : : : Case No.: 1:15-CV-4770 (SJ) (SMG) : : : : : : |

### CERTIFICATE OF SERVICE

FREDERIC B. JENNINGS, an attorney duly admitted to practice before the Court of the State of New York and not a party to the above-captioned action, hereby affirms the following to be true, under penalty of perjury:

1. I am over 18 years of age and am an attorney with Tor Ekeland, P.C., counsel for Plaintiffs

2. On Tuesday, July 5, 2016, I filed a true and correct copy of the above motion via ECF, causing it to be served electronically on counsel for Defendant.

Date: July 5, 2016        By: */s/     Frederic B. Jennings*
                     Frederic B. Jennings
                     195 Plymouth Street, Fifth Floor
                     Brooklyn, New York 11201-1044
                     T: 718-737-7264
                     F: 718-504-5417
                     Email: fred@torekeland.com